FILED
CLERK, U.S. DISTRICT COURT

SEP - 4 2009

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: CR 07-274-FMC-2 |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION |
| v. | ) | [Fed. R. Cim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |
| ULISES T. CABRALES | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Central District of California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a);

The Court finds that:

A.  (√) The defendant has not met his/her burden of established by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _prior failure to appear; insufficient bail resources_ _____

and/or

1  B.   ( ) The defendant has not met his/her burden of establishing by clear and
2       convincing evidence that he/she is not likely to pose a danger to the safety of any
3       other person or the community if released under 18 U.S.C. § 3142(b) or (c). This
4       finding is based on: _____
5       _____
6       _____
7       _____
8
9       IT IS THEREFORE ORDERED that the defendant be detained pending the further
10  revocation proceedings.
11
12  Dated: Sept. 4, 2009                                _____
13                                                      ALICIA G. ROSENBERG
                                                        United States Magistrate Judge